```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

MARCOS U. RAMOS
    Petitioner,

    v.                                          CIVIL ACTION NO.
                                                10-10757-PBS

JAMES SABA,
Superintendent, NCCI-
Gardner,
    Respondent.


## ORDER

**April 28, 2011**

**BOWLER, U.S.M.J.**

On July 12, 2010, the court allowed a motion for a scheduling order (Docket Entry # 11) filed by respondent James Saba ("respondent"), Superintendent of the North Central Correctional Institution in Gardner, Massachusetts ("NCCI-Gardner"). The July 12, 2010 Order ordered petitioner Marcos U. Ramos ("petitioner"), an inmate at NCCI-Gardner, to file a memorandum of law in support of the petition by September 8, 2010.[1] To date, petitioner has not filed the memorandum in support. Accordingly, he is in violation of the scheduling

---

[1] Under the terms of the scheduling order, respondent's obligation to file an opposition to the petition was triggered only after petitioner filed the supporting memorandum.

order.

Petitioner is therefore **ORDERED** to file the memorandum in support of the petition by May 24, 2011. In the event petitioner fails to file the memorandum by this date, the petition may be dismissed for lack of prosecution and/or for violation of court orders.


   /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge